Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
Liana Wong (SBN 347015)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com;
lvandenburg@thwvlaw.com;
lwong@thwvlaw.com

Attorneys for Plaintiff
Reece Lewis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE LEWIS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHITESTONE HOME FURNISHINGS, LLC d/b/a/ Saatva,<br><br>Defendant. | Case No.: 2:24-cv-3788<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Reece Lewis hereby gives notice that this action is voluntarily dismissed. Defendant Whitestone Home Furnishings, LLC dba Saatva has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated:  May 8, 2024          TURNER HENNINGSEN WOLF &
                             VANDENBURG, LLP


                             By:  /Matthew Wolf/
                                  Matthew Wolf

                             Attorneys for Plaintiff
                             REECE LEWIS